

# Fourth Court of Appeals
## San Antonio, Texas

July 27, 2017

No. 04-16-00085-CV

**WHATABURGER, INC**., CA Development LLC, CA Real Estate LLC, Cinco Aguilas LLC, Tres Aguilas Enterprises LLC, Tres Aguilas Management  LLC, Whataburger International LLC, Whataburger Real Estate LLC, Whataburger Restaurants LLC, et al.,
Appellants

v.

**WHATABURGER OF ALICE, LTD**.,
Appellee

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2016-CI-01431
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice

   Appellee's motion for rehearing is DENIED.

_____
Karen Angelini, Justice

  IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of July, 2017.

_____
Luz Estrada
Chief Deputy Clerk